UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OMAR GALINDEZ-VALLE, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 3:12-cv-00527 |
| ) | Judge Trauger |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

In accordance with the Memorandum entered contemporaneously herewith, the motion filed by Omar Galindez-Valle pursuant to 28 U.S.C. § 2255 seeking to vacate, set aside, or correct sentence (Docket No. 1) is **DENIED**. This action, therefore, is hereby **DISMISSED WITH PREJUDICE**. Rule 8(a), Rules – § 2255 Cases.

A certificate of appealability will not issue as to any of the claims set forth in the movant's motion. Rule 11(a), Rules Gov'g § 2255 Motions.

Entry of this order shall constitute the judgment in this action.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge